THE PEOPLE OF THE STATE OF NEW YORK ex rel. CAYADUTTA PLANK ROAD COMPANY, Respondent, *v.* CURTIS S. CUMMINGS, as Mayor, and JAMES C. GETMAN et al., Composing the Common Council of the City of Gloversville, Appellants.

(Submitted April 15, 1901; decided April 23, 1901.)

Motion for reargument denied, with ten dollars costs. (See 166 N. Y. 110.)

---

JOHN H. STOUTENBURGH, as Trustee under the Will of SAMUEL BROWNING, Deceased, Plaintiff, *v.* CHARLES G. DAVISON et al., Respondents.

JOSEPH H. MATHEWS, Party in Interest, Appellant.

*Stoutenburgh* v. *Davison,* 59 App. Div. 621, appeal dismissed.
(Submitted April 15, 1901; decided April 23, 1901.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, made March 22, 1901, affirming orders of Special Term denying motions of Joseph H. Mathews to be made a party plaintiff in this action and to set aside an order made in the above-entitled proceedings.

The motion was made upon the ground that the Court of Appeals has no jurisdiction to entertain the appeal.

*Marsh & Wever* for motion.

*Fleming & Fleming* opposed.

Motion granted and appeal dismissed, with one bill of costs.